**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION,<br>*Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-CV-01042-JRG-RSP |

**ORDER**

Plaintiff previously filed a Motion for Preliminary Injunction (Dkt. No. 4.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 100), recommending denial of Plaintiff's Motion for a Preliminary Injunction. Because no objections have been filed[1] and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Preliminary Injunction (Dkt. No. 4) is **DENIED**.

**So ORDERED and SIGNED this 30th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

[1] The Court notes that Plaintiff has filed a "Notice of Nonobjection," where it states that while it "respectfully disagrees with particular statements and conclusions in the Court's Report and Recommendation…[Plaintiff] does not intend to seek de novo review by the District Judge." *See* Dkt. No. 104.