**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WHIRLPOOL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:25-cv-01042-JRG-RSP<br><br>PATENT CASE<br><br>**JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Counterclaim-Defendant. | |

**JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)**

Plaintiff/Counterclaim-Defendant Whirlpool Corporation ("Whirlpool") and Defendants/Counterclaim-Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") (collectively with Whirlpool, "Parties") have settled their respective claims in this litigation. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties respectfully jointly move to dismiss without prejudice all Whirlpool claims, counterclaims, and defenses against Samsung in this litigation and all Samsung claims, counterclaims, and defenses against Whirlpool in this litigation. The Parties further request that all attorneys' fees, costs of court, and expenses be borne by each Party incurring the same.

Dated: November 4, 2026

Respectfully submitted,

*/s/ Joseph S. Grinstein*

Jeffrey D. Harty
Matthew A. McGuire
**NYEMASTER GOODE, P.C.**
700 Walnut Street, Suite 1300
Des Moines, Iowa 50309
T: (515) 283-3100
F: (515) 283-3108
E: jharty@nyemaster.com
E: mmcguire@nyemaster.com

Joseph S. Grinstein – Lead Counsel
Texas State Bar No. 24002188
Jason Onyediri
Texas State Bar No. 24137655
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
T: (713) 651-9366
F: (713) 654-6666
E: jgrinstein@susmangodfrey.com
E: jonyediri@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: (310) 789-3100
F: (310) 789-3150
E: ksrinivasan@susmangodfrey.com

Jenna Farleigh
Washington State Bar No. 288811
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
T: (206) 516-3880
F: (206) 516-3883
E: jfarleigh@susmangodfrey.com

Y. Gloria Park
New York State Bar No. 5477047
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
T: (212) 336-8330

*/s/ Marc. J. Pensabene*

Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Paige Hardy (*Pro Hac Vice*)
California State Bar No. 348841
phardy@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Marc J. Pensabene (*Pro Hac Vice*)
New York State Bar No. 2656361
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: 212-326-2000
Facsimile: 212-326-2061

Darin W. Snyder (Tex. Bar No. 136003 CA)
dsnyder@omm.com
Mark Liang (*Pro Hac Vice*)
California State Bar No. 278487
mliang@omm.com
Sorin G. Zaharia (*Pro Hac Vice*)
California State Bar No. 312655
szaharia@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Ctr. 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

Timothy S. Durst (Tex. Bar No. 00786924)
tdurst@omm.com
Frances Mackay (Tex. Bar No. 24109494)
fmackay@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street Suite 1600
Dallas, TX 75201
Telephone: 972-360-1900
Facsimile: 972-360-1901

Michael E. Jones (Tex. Bar No. 24001351)
mikejones@potterminton.com

F: (212) 336-8340
E: gpark@susmangodfrey.com

Andrea L. Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
T: (903) 757-6400
F: (903) 757-2323
E: andrea@millerfairhenry.com

***Attorneys for Whirlpool Corporation***

Shaun W. Hassett (Tex. Bar No. 24074372)
shaunhassett@potterminton.com
**POTTER MINTON**
102 North College Suite 900
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

## CERTIFICATE OF CONFERENCE

I certify that the Parties have met and conferred in compliance with Local Rule CV 7(h) regarding this Motion, and this Motion is agreed.

*/s/ Joseph S. Grinstein*
Joseph S. Grinstein

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 3, 2026.

*/s/ Joseph S. Grinstein*
Joseph S. Grinstein